| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Finnegan, Sheila M. | 2. Court or Organization District Court - Northern District of Illinois | 3. Date of Report 08/10/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Magistrate Judge (FT)_ | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

219 S. Dearborn Street
Room 2206
Chicago, IL 60604

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Adjunct Professor | Northwestern University Law School |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 08/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Northwestern University Law School | $2,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Securitas (salary) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 08/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Templeton Growth Fund-A (TEPLX) | A | Dividend | K | T | | | | | |
| 2. New England Life Ins. Variable Life - SF (MetLife Stk Index) | B | Int./Div. | K | T | | | | | |
| 3. Everbank Checking | A | Interest | J | T | | | | | |
| 4. U.S. Employee Credit Union Checking and Saving | A | Interest | J | T | | | | | |
| 5. Schwab Bank (credit card reward program) | A | Int./Div. | J | T | | | | | |
| 6. Iconix Brand Group, Inc. (ICON) | A | Dividend | J | T | | | | | |
| 7. Brokerage Account 1 (Fidelity) | | | | | | | | | |
| 8. -Fidelity Municipal Money Market | C | Interest | N | T | | | | | |
| 9. -Chicago IL Govt Bond 1/1/2016 | B | Interest | K | T | | | | | |
| 10. -Collier Cnty FLA Bond 10/1/2013 | A | Interest | K | T | | | | | |
| 11. -FL State Dept Gen Svcs Bond 9/1/2014 | A | Interest | K | T | | | | | |
| 12. -Midfirst Bank Okla City CD 9/23/2011 | A | Interest | | | Redeemed | 09/23/11 | K | A | |
| 13. -Midfirst Bank Okla City CD 9/24/2012 | A | Interest | K | T | | | | | |
| 14. -U.S. Treas Nts TIPS 4/15/2014 | A | Interest | K | T | | | | | |
| 15. -BWX ETF (Spdr Ser Tr Lehman Intl Treas Bd) | A | Interest | J | T | | | | | |
| 16. -EFA (Ishares Tr MSCI EAFE Index Fd) | B | Dividend | K | T | Sold (part) | 10/27/11 | K | D | |
| 17. -HYG (Ishares Tr IBoxx & high yield corp Bd Fd) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -IJH (Ishares Tr S&P Midcap 400 Index Fd) | A | Int./Div. | K | T | | | | | |
| 19. -IVV (Ishares Tr S&P 500 Index Fd) | B | Int./Div. | L | T | Sold (part) | 10/11/11 | K | D | |
| 20. | | | | | Sold (part) | 10/27/11 | K | D | |
| 21. -IWD (Ishares Tr Russell 1000 Value Index Fd) | A | Int./Div. | K | T | Sold (part) | 10/11/11 | K | D | |
| 22. | | | | | Sold (part) | 10/27/11 | K | D | |
| 23. -IWF (Ishares Tr Russell 1000 Growth Index Fd) | B | Int./Div. | | | Sold (part) | 10/12/11 | K | D | |
| 24. -IWO (Ishares Tr Russell 2000 Growth Index Fd) | A | Int./Div. | K | T | | | | | |
| 25. -IWP (Ishares Tr Russell Midcap Growth Index Fd) | A | Int./Div. | K | T | Sold (part) | 10/11/11 | K | D | |
| 26. | | | | | Sold (part) | 10/27/11 | K | D | |
| 27. -Merck & Co.(formerly Schering Plough) | A | Dividend | J | T | | | | | |
| 28. -VEU (Vanguaard Intl Equity Index Fd FTSE All World Ex US) | A | Int./Div. | J | T | | | | | |
| 29. -MOS (Mosaic) | | None | K | T | Buy | 08/04/11 | K | | |
| 30. | | | | | Buy (add'l) | 08/08/11 | K | | |
| 31. | | | | | Sold | 08/15/11 | L | C | |
| 32. | | | | | Buy | 09/22/11 | J | | |
| 33. | | | | | Buy (add'l) | 09/28/11 | J | | |
| 34. | | | | | Sold (part) | 10/11/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 11/01/11 | J | | |
| 36. | | | | | Buy (add'l) | 11/17/11 | J | | |
| 37. | | | | | Buy (add'l) | 11/23/11 | J | | |
| 38. -CAT (Caterpillar) | | None | | | Buy | 11/21/11 | J | | |
| 39. | | | | | Sold | 11/30/11 | J | A | |
| 40. -POT (Potash) | | None | J | T | Buy | 08/11/11 | J | | |
| 41. | | | | | Sold | 08/15/11 | J | B | |
| 42. | | | | | Buy | 09/23/11 | J | | |
| 43. | | | | | Buy (add'l) | 09/30/11 | J | | |
| 44. | | | | | Buy (add'l) | 11/25/11 | J | | |
| 45. -AAPL (Apple) | | None | | | Buy | 08/08/11 | K | | |
| 46. | | | | | Sold | 08/23/11 | K | B | |
| 47. -SPY (SPDR S&P500 ETF) | | | | | Buy | 08/08/11 | K | | |
| 48. Brokerage Acct 2 (UBS- 08) | | | | | | | | | |
| 49. -RMA Money Mkt Portfolio | A | Dividend | K | T | | | | | |
| 50. -Charlottesville Va Bond 7/15/15 | A | Interest | K | T | | | | | |
| 51. -Charleston Cnty SC BE/R 4.250 110115 dtd 050206 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -New York NY Fiscal Ser Bond Mand Sink Fnd 10/15/16 | B | Interest | K | T | | | | | |
| 53. -Chicago IL Wstwtr Transm Rev Ser B FGIC 010117 Dtd 112106 | B | Interest | K | T | | | | | |
| 54. -Dallas Fort Worth Tx In Sr A Rv BE/R 5.000 110115 DTD 09010 | B | Interest | K | T | | | | | |
| 55. -Denton Texas Util Sys Rev FSA B/E /R 5.000 120117 DTD 05150 | B | Interest | K | T | | | | | |
| 56. -Georgia State Ser V /R/5.000 070116 Dtd 070198 | B | Interest | K | T | | | | | |
| 57. -Illinois St NPFG Bd/R/5.000 090114 DTD 092804 | A | Interest | K | T | | | | | |
| 58. -Illinois St Sync Cr/R/5.500 080115 DTD 080102 | B | Interest | K | T | | | | | |
| 59. -Western Minn Mun Pwr Agy Ser B Rev NPFG B/E /R/5.000 010115 | B | Interest | K | T | | | | | |
| 60. -Humble Tx Indpt Sch Bond 2/15/19 | B | Interest | K | T | | | | | |
| 61. -Port St. Lucie Fl U/Rev Rev NPFG B/E /R/ | B | Interest | K | T | | | | | |
| 62. -Monroe Cnty NY AGC BE/R/ | A | Interest | K | T | | | | | |
| 63. -Hamilton Cnty Oh SWR Sys Imp Rev 06A NPFG B/E /R/ | A | Interest | K | T | | | | | |
| 64. -Maryland St. Sr A BE/R/ | B | Interest | K | T | | | | | |
| 65. -TGINX (TCW Emerging Mkts Inc Fund Class N) | A | Dividend | | | Buy | 04/11/11 | J | | |
| 66. | | | | | Sold (part) | 06/22/11 | J | A | |
| 67. | | | | | Sold | 09/22/11 | J | A | |
| 68. -ELD (Wisdomtree Tr Em LCL Debt Fd ETF) | A | Dividend | | | Buy | 04/11/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 06/22/11 | J | A | |
| 70.  -NARAX (Virtus Mult-sector Short term bond) | A | Dividend | K | T | Buy | 04/11/11 | J | | |
| 71. | | | | | Sold (part) | 06/22/11 | J | A | |
| 72. | | | | | Buy (add'l) | 09/22/11 | J | | |
| 73. | | | | | Buy (add'l) | 10/05/11 | J | | |
| 74. | | | | | Sold (part) | 11/09/11 | J | A | |
| 75.  -JSOAX (JP Morg Stategic Inc Opportunities) | A | Dividend | | | Buy | 04/11/11 | J | | |
| 76. | | | | | Sold (part) | 06/22/11 | J | A | |
| 77. | | | | | Sold | 10/04/11 | J | A | |
| 78.  -BJBHX (Artio Global High income fund Class A) | A | Dividend | | | Buy | 04/11/11 | J | | |
| 79. | | | | | Sold (part) | 06/22/11 | J | A | |
| 80. | | | | | Sold | 09/22/11 | J | A | |
| 81.  -RSFLX (RS Floating Rate Fund Class A) | A | Dividend | | | Buy | 04/11/11 | K | | |
| 82. | | | | | Sold | 06/22/11 | K | A | |
| 83.  -STXAX (Legg Mason Western Asset Municipal High Income Fund) | A | Dividend | | | Buy | 04/11/11 | J | | |
| 84. | | | | | Sold | 04/26/11 | J | A | |
| 85.  -PDINX (Putnam Diversified Income Trust Class A) | A | Dividend | K | T | Buy | 04/11/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 06/22/11 | J | A | |
| 87. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 88. -EVBLX (Eaton Vance Floating Rate Fund Class A) | A | Dividend | K | T | Buy | 06/22/11 | K | | |
| 89. | | | | | Sold (part) | 09/22/11 | J | A | |
| 90. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 91. -PUBAX (Pimco Unconstrained Bond Fund Class A) | A | Dividend | K | T | Buy | 06/22/11 | J | | |
| 92. | | | | | Buy (add'l) | 10/05/11 | J | | |
| 93. | | | | | Sold (part) | 11/09/11 | J | A | |
| 94. -PTTAX (Pimco Total Return Fund Class A) | A | Dividend | J | T | Buy | 10/05/11 | K | | |
| 95. | | | | | Sold (part) | 11/09/11 | J | A | |
| 96. -HFLAX (Hartford Floating Rate Fund Class A) | A | Dividend | J | T | Buy | 06/22/11 | J | | |
| 97. | | | | | Buy (add'l) | 11/09/11 | J | | |
| 98. Rollover IRA SF (UBS-83) | E | Int./Div. | N | T | | | | | |
| 99. -UBS Liquid Assets Fund | | | | | | | | | |
| 100. -GE Bond 2/1/13 | | | | | | | | | |
| 101. -CVS Corp Bond 9/15/14 | | | | | | | | | |
| 102. -Goldman Sachs Group Inc Bond 1/15/15 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. -Anheuser Busch Co. Bond 2/1/15 | | | | | | | | | |
| 104. -Cisco Systems Inc Bond 2/22/16 | | | | | | | | | |
| 105. -Marathon Oil Corp Bond 10/1/17 | | | | | Sold | 04/26/11 | K | B | |
| 106. -Metlife Inc NTS 05.000% 061515<br>Drd062305 FC 121505 call@M/W | | | | | | | | | |
| 107. -TimeWarner Cable Inc 05.850% 050117<br>Dtd040907 FC110107 call | | | | | | | | | |
| 108. -EMB (Ishares JP Morgan USD Emerging<br>Mkts Bond Fund) | | | | | Sold | 10/19/11 | L | B | |
| 109. -BJBHX (Artio Global High Inc Fund) | | | | | Sold<br>(part) | 06/22/11 | J | A | |
| 110. | | | | | Sold | 09/22/11 | K | A | |
| 111. -EVBLX (Eaton Vance Floating Rate Fund) | | | | | Sold<br>(part) | 01/25/11 | K | A | |
| 112. | | | | | Buy<br>(add'l) | 06/22/11 | K | | |
| 113. | | | | | Buy<br>(add'l) | 09/22/11 | K | | |
| 114. | | | | | Buy<br>(add'l) | 11/09/11 | J | | |
| 115. -JSOAX (JP Morgan Income Opportunities<br>Fund) | | | | | Sold<br>(part) | 06/22/11 | J | A | |
| 116. | | | | | Sold | 10/04/11 | K | | |
| 117. -PDINX (Putnam Diversified Income Trust) | | | | | Buy<br>(add'l) | 01/28/11 | J | | |
| 118. | | | | | Buy<br>(add'l) | 04/11/11 | J | | |
| 119. | | | | | Sold<br>(part) | 06/22/11 | J | A | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -TGINX (TCW Emerging Mkts Income Fund) | | | | | Sold (part) | 01/25/11 | J | A | |
| 121. | | | | | Sold (part) | 06/22/11 | J | A | |
| 122. | | | | | Sold | 09/22/11 | J | | |
| 123. | | | | | Buy | 11/09/11 | J | | |
| 124.  -NARAX (Virtus Multi-Sector Short Term Bond Fund) | | | | | Buy (add'l) | 01/28/11 | J | | |
| 125. | | | | | Buy (add'l) | 04/11/11 | J | | |
| 126. | | | | | Sold (part) | 06/22/11 | J | A | |
| 127. | | | | | Buy (add'l) | 09/22/11 | J | | |
| 128. | | | | | Buy (add'l) | 10/05/11 | J | | |
| 129. | | | | | Sold (part) | 11/09/11 | J | A | |
| 130.  -ELD (Wisdomtree TR EM LCL) | | | | | Buy (add'l) | 01/28/11 | J | | |
| 131. | | | | | Sold (part) | 06/22/11 | K | A | |
| 132.  -PUBAX (Pimco Unconstrained Bond Fund Class A) | | | | | Buy | 06/22/11 | K | | |
| 133. | | | | | Buy (add'l) | 10/05/11 | J | | |
| 134. | | | | | Sold (part) | 11/09/11 | J | A | |
| 135.  -HFLAX (Hartford Floating Rate Fund Class A) | | | | | Buy | 06/22/11 | K | | |
| 136. | | | | | Buy (add'l) | 11/09/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -RSFLX (RS Floating Rate Fund Class A) | | | | | Buy | 01/28/11 | K | | |
| 138. | | | | | Sold | 06/22/11 | K | A | |
| 139. -PTTAX (Pimco Total Return Fund Class A) | | | | | Buy | 10/05/11 | K | | |
| 140. | | | | | Sold (part) | 11/09/11 | J | A | |
| 141. Rollover IRA SF 2 (UBS-84) | E | Int./Div. | O | T | | | | | |
| 142. -UBS Liquid Assets Fund | | | | | | | | | |
| 143. -XLP (Consumers Staples Sector SPDR Trust SHS) | | | | | Buy (add'l) | 04/11/11 | J | | |
| 144. | | | | | Sold | 09/23/11 | K | C | |
| 145. -XLE (Energy Sector SPDR Trust) | | | | | Sold | 04/07/11 | J | C | |
| 146. -XLF (Financial Sector SPDR Trust ETF) | | | | | Buy (add'l) | 04/11/11 | J | | |
| 147. | | | | | Sold | 09/23/11 | K | A | |
| 148. -EWA (Ishares Inc MSCI Australia Index Fd) | | | | | Buy (add'l) | 01/18/11 | J | | |
| 149. | | | | | Sold (part) | 09/12/11 | J | A | |
| 150. -EWC (Ishares Inc MSCI Canada Index Fd) | | | | | Buy (add'l) | 01/18/11 | J | | |
| 151. | | | | | Sold (part) | 09/23/11 | J | A | |
| 152. --EWU (Ishares Inc MSCI Untd Kingdom Index Fd) | | | | | Buy (add'l) | 01/18/11 | J | | |
| 153. | | | | | Sold | 09/23/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -IWM (Ishares Trust Russell 2000 Index Fd) | | | | | Buy (add'l) | 04/11/11 | J | | |
| 155. | | | | | Buy (add'l) | 09/23/11 | K | | |
| 156.  -IWD (Ishares Trust Russell 1000 Value Index Fd) | | | | | Sold | 04/11/11 | K | C | |
| 157. | | | | | Buy | 09/23/11 | L | | |
| 158.  -IWF (Ishares Trust Russell 1000 Growth Index Fd) | | | | | Sold | 04/11/11 | J | A | |
| 159. | | | | | Buy | 09/23/11 | J | | |
| 160.  -IWR (Ishares Trust Russell Midcap Index Fd) | | | | | Sold | 04/11/11 | J | B | |
| 161. | | | | | Buy | 09/23/11 | K | | |
| 162.  -BKF (Ishares MSCI BRIC) | | | | | Buy (add'l) | 01/18/11 | J | | |
| 163. | | | | | Sold (part) | 09/23/11 | J | A | |
| 164.  -XLB (Sector SPDR Trust SHS Ben Int-Materials) | | | | | Buy (add'l) | 04/11/11 | J | | |
| 165. | | | | | Sold (part) | 09/23/11 | J | A | |
| 166.  -XLU (Utilities Sector SPDR Trust) | | | | | Sold | 04/11/11 | J | A | |
| 167.  -VGT (Vanguard Sector Index Fd Information Tech ETF) | | | | | Buy (add'l) | 04/11/11 | J | | |
| 168. | | | | | Sold | 09/23/11 | K | A | |
| 169.  -VGK (Vanguard Intl Equity Index Vanguard Euro ETF) | | | | | Buy (add'l) | 01/18/11 | J | | |
| 170. | | | | | Sold | 04/11/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -VWO (Vanguard Intl Equity Index Fd Emerging Markets ETF) | | | | | Buy (add'l) | 01/18/11 | J | | |
| 172. | | | | | Sold | 04/11/11 | K | C | |
| 173. | | | | | Buy | 09/23/11 | K | | |
| 174. -VEU (Vanguard Intl Equity Index Fd Inc FSTE All-World EX-US | | | | | Buy (add'l) | 01/18/11 | J | | |
| 175. | | | | | Buy (add'l) | 04/11/11 | J | | |
| 176. | | | | | Buy (add'l) | 09/23/11 | J | | |
| 177. -MDLOX (Blackrock Global Allocation Fund Inc A) | | | | | Sold | 11/09/11 | K | A | |
| 178. -WASAX (Ivy Asset Strategy Fund Class A) | | | | | Sold | 11/09/11 | J | A | |
| 179. -PGMAX (Pimco All Assets All Auth-A) | | | | | Buy (add'l) | 11/09/11 | L | | |
| 180. -PAUAX (Pimco Global Multi-Asset Fd Class A) | | | | | | | | | |
| 181. | | | | | Sold | 11/09/11 | J | A | |
| 182. -XLY (Consumer Sector SPDR) | | | | | | | | | |
| 183. -XLI (Industrial Sector SPDR) | | | | | Buy (add'l) | 04/11/11 | J | | |
| 184. | | | | | Sold | 09/23/11 | K | A | |
| 185. -EWG (Ishares Inc MISCI Germany Index Fund) | | | | | Buy (add'l) | 01/18/11 | J | | |
| 186. | | | | | Sold (part) | 09/23/11 | J | A | |
| 187. -XLV (Health Care Select Sector SPDR Fund) | | | | | Buy (add'l) | 04/11/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 09/23/11 | J | A | |
| 189. -DEM (Wisdomtree Emerging Mkts Equity Income) | | | | | Sold | 09/23/11 | J | A | |
| 190. -EWJ (Ishares Inc MSCI Japan Index Fd) | | | | | Buy | 04/11/11 | J | | |
| 191. | | | | | Buy (add'l) | 09/23/11 | J | | |
| 192. -HDSAX (JPM Highbridge Dynamic Commod Strategy FBOID) | | | | | Buy | 04/26/11 | J | | |
| 193. | | | | | Buy (add'l) | 11/09/11 | K | | |
| 194. -VSS (Vanguard FTSE All WO X-US SC) | | | | | Buy | 04/11/11 | J | | |
| 195. | | | | | Sold | 09/28/11 | J | A | |
| 196. -EAGMX (Eaton Vance Global Macro Absolute Return FBOID) | | | | | Sold | 11/09/11 | K | A | |
| 197. IRA Rollover Acct KS (Fidelity) | D | Int./Div. | M | T | | | | | |
| 198. -U.S. Treas Nts TIPS 4/15/2014 | | | | | | | | | |
| 199. -BEARX (Fed. Prudent Bear Fund Class A) | | | | | | | | | |
| 200. -CUT (Claymore Exch Traded Fd Tr Global Bimber) | | | | | | | | | |
| 201. -DBC (Powershares DB Commod. Index Tracking FD Unit Ben Int) | | | | | | | | | |
| 202. -DBV (Powershares DB G10 Currency Harvest Com Ut Ben Int) | | | J | T | Sold (part) | 06/21/11 | J | A | |
| 203. -MEDAX (MFS Emerging Mkts Debt Cl A) | | | | | | | | | |
| 204. -OPGSX (Oppenheimer Gold & Spec Minerals Cl A) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -PRPFX (Permanent Portfolio) | | | | | | | | | |
| 206. -TIP (Ishares Barclays TIP Secs Fd) | | | | | | | | | |
| 207. -TPINX (Templeton Global Bond Class A) | | | | | | | | | |
| 208. -WASAX (Ivy Asset Strategy Cl A) | | | | | | | | | |
| 209. Roth IRA KS (Fidelity) | A | Int./Div. | J | T | | | | | |
| 210. -FDRXX (Fidelity Cash Reserves) | | | | | | | | | |
| 211. -SPHIX (Fidelity High Income) | | | | | | | | | |
| 212. -POT | | | | | Buy | 08/05/11 | J | | |
| 213. Roth IRA SF 1 (Fidelity) | A | Int./Div. | K | T | | | | | |
| 214. -FDRXX (Fidelity Cash Reserves) | | | | | | | | | |
| 215. -SPHIX (Fidelity High Income) | | | | | | | | | |
| 216. -POT (Potash Corp) | | | | | Buy | 05/20/11 | J | | |
| 217. | | | | | Buy | 06/16/11 | J | | |
| 218. Roth IRA SF 2 (UBS - 10) | A | Int./Div. | K | T | | | | | |
| 219. -UBS Bank USA Deposit Acct | | | | | | | | | |
| 220. -PCEXX (UBS Pace Money Mkt Investment Fd) | | | | | Sold (part) | 07/22/11 | J | A | |
| 221. -EVBLX (Eaton Vance Floating Rate Fund Class A) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

▢ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -EAGMX (Eaton Vance Global Macro Absolute Return Fund A) | | | | | | | | | |
| 223. -PTTAX (Pimco Total Return Fund Class A) | | | | | | | | | |
| 224. -PUBAX (Pimco Unconstrained Bond Fund Class A) | | | | | | | | | |
| 225. -PAUAX (PIMCO All Assets) | | | | | | | | | |
| 226. -MDLOX (Blackrock Global Allocation Fund) | | | | | | | | | |
| 227. -WASAX (IVY Asset Strategy Fund) | | | | | | | | | |
| 228. -PGMAX (PIMCO Global Multi-Asset Fund) | | | | | | | | | |
| 229. Roth Conv KS (Fid - 50) | | | | | | | | | |
| 230. -POT (Potash Corp) | | | | | Buy | 08/05/11 | J | | |
| 231. Health Savings Account IRA | A | Int./Div. | K | T | | | | | |
| 232. -VEU (Vanguard FTSE AllWorld Ex US ETF) | | | | | | | | | |
| 233. -VFINX (Vanguard 500 Index Fund Investor Shares) | | | | | | | | | |
| 234. -Federated Prime Cash Trust | | | | | | | | | |
| 235. Illinois Bright Start 529 for JS (Index Age Based 18 yrs) | A | Int./Div. | L | T | | | | | |
| 236. Utah 529 Plan for JS (Option 2) | A | Int./Div. | K | T | | | | | |
| 237. Illinois Bright Start 529 for DS (Index Age Based 15-17 yrs) | C | Int./Div. | L | T | | | | | |
| 238. Utah 529 Plan for DS (Option 9) | B | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Finnegan, Sheila M. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Illinois Bright Start 529 for MS (Index Age Based 12-14 Yrs) | C | Int./Div. | L | T | | | | | |
| 240. Illinois Bright Start 529 for MS (Index Equity) | C | Int./Div. | J | T | | | | | |
| 241. Utah 529 Plan MS (Option 9) | B | Int./Div. | L | T | | | | | |
| 242. Fidelity 529 Plan MS (MA Portfolio 2015) | A | Int./Div. | J | T | | | | | |
| 243. Illinois College bonds | A | Interest | K | T | | | | | |
| 244. Brokerage Acct JS | | | | | | | | | |
| 245. -FTEXX (Fidelity Municipal Money Market) | A | Interest | J | T | | | | | |
| 246. -VTI (Vanguard Index Fds Vanguard Total Stk Mkt ETF) | A | Dividend | J | T | | | | | |
| 247. -SPY (SPDR S&P500 ETF) | | | | | Buy | 08/08/11 | J | | |
| 248. Brokerage Acct DS | | | | | | | | | |
| 249. -FTEXX (Fidelity Municipal Money Market) | A | Interest | J | T | | | | | |
| 250. -VTI (Vanguard Index Fds Vanguard Total Stk Mkt ETF) | A | Dividend | J | T | | | | | |
| 251. Brokerage Acct MS | | | | | | | | | |
| 252. -FTEXX (Fidelity Municipal Money Market) | A | Interest | J | T | | | | | |
| 253. -VTI (Vanguard Index Fds Vanguard Total Stk Mkt ETF) | A | Dividend | J | T | | | | | |
| 254. Roth IRA JS (Custodian Acct) | A | Int./Div. | K | T | | | | | |
| 255. -VEU (Vanguard Intl Eqty Index FTSE All World Ex US ETF) | | | | | Buy | 12/29/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Finnegan, Sheila M. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -VTI (Vanguard Total Stock Mkt) | | | | | Buy | 12/29/11 | J | | |
| 257. -Charles Schwab Bank | | | | | | | | | |
| 258. Roth IRA DS (Custodian Acct) | A | Int./Div. | J | T | | | | | |
| 259. -Charles Schwab Bank | | | | | | | | | |
| 260. Everbank checking - JS | A | Interest | J | T | | | | | |
| 261. Chase Bank checking - DS | A | Interest | J | T | | | | | |
| 262. Chase Bank saving - MS | A | Interest | J | T | | | | | |
| 263. | | | | | | | | | |
| 264. | | | | | | | | | |
| 265. | | | | | | | | | |
| 266. | | | | | | | | | |
| 267. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Sheila M. Finnegan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544